Cat08, MDL, Termed

**U.S. District Court**
**Northern District of Ohio (Toledo)**
**CIVIL DOCKET FOR CASE #: 3:08-cv-00344-JGC**

Singer et al v. Davol, Inc. et al
Assigned to: Judge James G. Carr
Demand: $75,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/13/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**William Singer** represented by

**Ernest Cory**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: ecory@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: jconlin@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ignozzi**
Dyer, Garofolo, Mann & Schultz
St. 1400
131 Ludlow Street
Dayton, OH 45402
937-223-8888
Fax: 937-223-0127
Email: kignozzi@dgmslaw.com
*LEAD ATTORNEY*

**Stephen R. Hunt, Jr.**
CoryWatson Crowder & Degaris

2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: shunt@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Singer** represented by **Ernest Cory**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ignozzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Jeffrey S. Moeller**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com

**Defendant**

**C. R. Bard, Inc.** represented by **Jeffrey S. Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2008 | 1 | FILING ERROR. Wrong document uploaded. Refiled as # 2 **Complaint** |

| | | |
|---|---|---|
| | | with jury demand against Davol, Inc., C. R. Bard, Inc.. Filing fee $ 350, receipt number 0647000000002860749, filed by William Singer, Theresa Singer. (Attachments: # 1 Summons) (Ignozzi, Kenneth) Modified to denote filing error on 2/13/2008 (S,L). (Entered: 02/13/2008) |
| 02/13/2008 | 2 | **Complaint** with jury demand against Davol, Inc., C. R. Bard, Inc.. Filing fee $ 350, receipt number 0647000000002860749, filed by William Singer, Theresa Singer. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (Ignozzi, Kenneth) (Entered: 02/13/2008) |
| 02/13/2008 | | Judge James G. Carr assigned to case. (M,C) (Entered: 02/13/2008) |
| 02/14/2008 | 3 | Summons and Magistrate Consent Form issued for service upon Davol, Inc., C. R. Bard, Inc. (Attachments: # 1 C.R. Bard, # 2 Magistrate Consent Form. (M,C) (Entered: 02/14/2008) |
| 03/04/2008 | 4 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by Davol, Inc., C. R. Bard, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Fifty-Fourth 7.5(e) Notice of Potential Tag-Along, # 2 Proposed Order Granting Defendants Davol Inc. and C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings)(Moeller, Jeffrey) (Entered: 03/04/2008) |
| 03/12/2008 | 5 | **Order** : this case is stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action.granting Motion to stay (Related Doc # 4 ). Signed by Judge James G. Carr on 3/12/2008.(S,AL) (Entered: 03/12/2008) |
| 03/31/2008 | 6 | **Conditional Transfer Order (CTO-16)** by Judicial Panel on Multidistrict Litigation. In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI Case No. 08-2409). (S,R) (Entered: 04/02/2008) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/08/2008 10:22:25 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:08-cv-00344-JGC |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |